# Criminal Case Cover Sheet  U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** ____II____  **Investigating Agency** ____FBI____

**City** ____Brockton____

**County** ____Plymouth____

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant ____X____
Magistrate Judge Case Number  24-mj-6944-MPK
Search Warrant Case Number  24-mj-6665 to -6673-MPK
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ____24-mj-6945-MPK____   [✔] Yes  [ ] No

Defendant Name: Marlon F. Teixeira    Juvenile: [ ] Yes  [✔] No

Is this person an attorney and/or a member of any state/federal bar:  [ ] Yes  [✔] No

Alias Name: _____

Address: 21 Torrey Ave. Apt. 3 Brockton MA

Birth date (Yr only): 1989    SSN (last 4#): 5537    Sex: M    Race: ____    Nationality: ____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

## U.S. Attorney Information

AUSA: John T. Dawley, Jr.    Bar Number if applicable: 683662

**Interpreter:**  [ ] Yes  [✔] No    List language and/or dialect: _____

**Victims:**  [ ] Yes  [✔] No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  [ ] Yes  [ ] No

**Matter to be SEALED:**  [✔] Yes  [ ] No

[✔] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:** _____

**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____.
[✔] Already in State Custody at  Plymouth County HOC    [ ] Serving Sentence    [✔] Awaiting Trial
[ ] On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  [✔] Complaint    [ ] Information    [ ] Indictment

**Total # of Counts:**  [ ] Petty ____    [ ] Misdemeanor ____    [✔] Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

[✔] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/8/2024    Signature of AUSA: /s/ John T. Dawley, Jr.

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Marlon Teixeira

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | possession with intent to distribute, fentanyl, cocaine, & methamphetamine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013